**Order entered November 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00429-CR

**BRYAN KEITH ARELLANES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82219-2013**

## ORDER
### Before the Court En Banc

Appellant's motion for rehearing and motion for reconsideration en banc, filed on August 15, 2018, is **DENIED**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE